UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.  CV 11-08591-MMM (AGRx) | Date  April 25, 2012 |

| |
|---|
| Title  Lary Kennedy et al v. Chris Ferguson et al |

| | |
|---|---|
| Present: The Honorable | MARGARET M. MORROW |

| | |
|---|---|
| ANEL HUERTA | N/A |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**   [In Chambers] Order to Show Cause re Dismissal re Lack of Prosecution

   Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 120 days after the complaint is filed. Fed.R.Civ.Proc. 4(m).  Generally, defendants must answer the complaint within 20 days after service (60 days if the defendant is the United States).  Fed.R.Civ.Proc. 12(a)(1).

   In the present case, it appears that one or more of these time periods has not been met. Accordingly, the court, on its own motion, orders plaintiff(s) to show cause in writing on or before **May 7, 2012** why this action should not be dismissed for lack of prosecution as to the following defendants mentioned below.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument.  The Order To Show Cause will stand submitted upon the filing of plaintiff's response.

   If plaintiff files:

◉   Proof(s) of service of summons and complaint on the following defendant(s):
    Howard Lederer; Raymond Bitar; Phillip Gordon; Phil Ivey; Perry Friedman; Erik Lindgren; Michael Matusow; Allen Cunningham; Gus Hansen; Patrik Antonius; Rafe Furst; Pocket Kings Ltd; Kolyma Corporation A V V; Pocket Kings Consulting Ltd; Filco Ltd; Vantage Ltd;  Ranston Ltd; Mail Media Ltd; Oxalic Ltd; Orinic Ltd; Group Bernard Tapie; and Bernard Tapie

◉   An answer by the following defendant(s):
    Howard Lederer; Raymond Bitar; Phillip Gordon; Phil Ivey; Perry Friedman; Erik Lindgren; Michael Matusow; Allen Cunningham; Gus Hansen; Patrik Antonius; Rafe Furst; Pocket Kings Ltd; Kolyma Corporation A V V; Pocket Kings Consulting Ltd; Filco Ltd; Vantage Ltd;  Ranston Ltd; Mail Media Ltd; Oxalic Ltd; Orinic Ltd; Group Bernard Tapie; and Bernard Tapie

**or**

◉   Plaintiff's application for entry of default pursuant to Rule 55a of the Federal Rules of Civil Procedure:
    Howard Lederer; Raymond Bitar; Phillip Gordon; Phil Ivey; Perry Friedman; Erik Lindgren; Michael Matusow; Allen Cunningham; Gus Hansen; Patrik Antonius; Rafe Furst; Pocket Kings

Ltd; Kolyma Corporation A V V; Pocket Kings Consulting Ltd; Filco Ltd; Vantage Ltd; Ranston Ltd; Mail Media Ltd; Oxalic Ltd; Orinic Ltd; Group Bernard Tapie; and Bernard Tapie

on or before the date indicated above, the court will consider this a satisfactory response to the Order To Show Cause.